```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOSHUA CACHO,                                                        :
:
                         Plaintiff,                                  :
:      23-cv-11157 (LJL)
           -v-                                                       :
:          ORDER
MCCARTHY & KELLY LLP,                                                :
:
                         Defendant.                                  :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

By Opinion and Order of July 3, 2024, the Court dismissed the complaint in this action without prejudice to repleading within sixty days. Dkt. No. 20. The Court stated that "[i]f Plaintiff does not file an amended complaint within sixty days of this Opinion and Order, the Court will close the case." *Id.* at 39. It has been over eighty days since the Opinion and Order, and Plaintiff has not filed an amended complaint.

Therefore, the Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: September 27, 2024                  _____
       New York, New York                              LEWIS J. LIMAN
                                                 United States District Judge