**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSHUA CACHO,

                Plaintiff,

  -against-                                       23 **CIVIL** 11157 (LJL)

                                                        **JUDGMENT**

MCCARTHY & KELLY LLP,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 27, 2024, by Opinion and Order of July 3, 2024, the Court dismissed the complaint in this action without prejudice to repleading within sixty days. Dkt. No. 20. The Court stated that "[i]f Plaintiff does not file an amended complaint within sixty days of this Opinion and Order, the Court will close the case." Id. at 39. It has been over eighty days since the Opinion and Order, and Plaintiff has not filed an amended complaint. Accordingly, the case is closed.

**Dated:**  New York, New York

       September 27, 2024

                                                          **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                             **BY:**
                                                _____
                                                    **Deputy Clerk**